February 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**ROBERT EARL ADAMS, Appellant**

NO. 14-12-00768-CR                                    V.

**THE STATE OF TEXAS, Appellee**

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as rendered, which is capable of reformation by this Court. Therefore, the judgment is **MODIFIED** to delete the listing of a specific amount of court costs. The Court orders the judgment **AFFIRMED** as **MODIFIED**. We further order this decision certified below for observance.